UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY J. BROOKSHIRE, | No. 2:23-cv-2001 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff, a county inmate prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not file his application for leave to proceed in forma pauperis on the form used by this district. Accordingly, plaintiff's application is dismissed, and plaintiff is provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that he must also provide a certified copy of his jail trust account statement for the six month period immediately preceding the filing of his complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF no. 2) is dismissed without prejudice;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner; and

   3.  Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, and a certified copy of his jail trust account statement, as set forth above.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  September 25, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/broo2001.3d

2